# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paulette A. Otto<br>Robert W. Otto<br>    Debtors | BK NO. 18-00302 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

             Respectfully submitted,

             **/s/ James C. Warmbrodt, Esquire**
             James C. Warmbrodt, Esquire
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             412-430-3594