IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT W. OTTO  CHAPTER 13
      PAULETTE A. OTTO  CASE NO.: 1:18-bk-00302
**DEBTORS**

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtors Robert W. Otto and Paulette A. Otto for the above referenced case.

      **By:** *Nicholas G. Platt*
      Nicholas G. Platt 327239
      MOONEY LAW
      230 York Street
      Hanover, PA 17331
      ngp@mooney4law.com
      (717) 632-4656 Phone
      (717) 632-3612 Fax

Dated: June 29, 2021