

May 3, 2022

#BWCDMPG
#24796533# BK
US Bankruptcy Court
Middle District of Pennsylvania
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA  17101


RE:  ROBERT W OTTO
     Case #  18-00302
     Claim # 1


Dear Sir or Madam:

On February 22, 2018, Proof of Claim # 1 was filed in the amount of $20,206.36.  Please accept this letter as a formal request to withdraw Proof of Claim # 1.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org