United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                 Case No. 18-00302-HWV

Robert W. Otto                                                    Chapter 13

Paulette A. Otto

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                          Page 1 of 3

Date Rcvd: Feb 17, 2023               Form ID: 3180W                       Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert W. Otto, 3304 Collaroy Road, Waxhaw, NC 28173-7497 |
| jdb | #+ | Paulette A. Otto, 3304 Collaroy Road, Waxhaw, NC 28173-7497 |
| 5015560 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 5026576 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 5015562 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 17 2023 18:39:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 5015547 | + | Email/Text: bncnotifications@pheaa.org | Feb 17 2023 18:39:00 | Aes/goal Financial, Pob 61047, Harrisburg, PA 17106-1047 |
| 5015548 | + | Email/Text: bk@avant.com | Feb 17 2023 18:39:00 | Avant Credit, Inc, Attention Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 5015549 | + | EDI: CAPITALONE.COM | Feb 17 2023 23:44:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5036859 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 18:52:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5015551 | + | EDI: CITICORP.COM | Feb 17 2023 23:44:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 5015552 | + | EDI: CITICORP.COM | Feb 17 2023 23:44:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5015554 | + | EDI: WFNNB.COM | Feb 17 2023 23:44:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5015555 | + | EDI: WFNNB.COM | Feb 17 2023 23:44:00 | Comenity Bank/Woman Within, Po Box 182125, Columbus, OH 43218-2125 |
| 5015556 | + | EDI: WFNNB.COM | Feb 17 2023 23:44:00 | Comenitybank/trwrdsv, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5015557 | + | EDI: WFNNB.COM | Feb 17 2023 23:44:00 | Comenitycapital/bjsclb, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5015559 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 18:52:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5015558 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 18:52:53 | Credit One Bank Na, Po Box 98875, Las Vegas, |

NV 89193-8875

| | | | |
|---|---|---|---|
| 5035696 | + EDI: CITICORP.COM | Feb 17 2023 23:44:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5015568 | + EDI: CITICORP.COM | Feb 17 2023 23:44:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5148146 | EDI: Q3G.COM | Feb 17 2023 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5029640 | Email/Text: ECMCBKNotices@ecmc.org | Feb 17 2023 18:39:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 5015561 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2023 18:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5043838 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 18:52:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5043859 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 18:52:48 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5035070 | Email/Text: camanagement@mtb.com | Feb 17 2023 18:39:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5038224 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2023 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5015563 | + EDI: NAVIENTFKASMSERV.COM | Feb 17 2023 23:44:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 5025775 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 17 2023 18:39:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEGC AND AFFILIATES, PO BOX 8961, MADISON ,WI 53708-8961 |
| 5299093 | Email/Text: mtgbk@shellpointmtg.com | Feb 17 2023 18:39:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5299092 | Email/Text: mtgbk@shellpointmtg.com | Feb 17 2023 18:39:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5027523 | EDI: AGFINANCE.COM | Feb 17 2023 23:44:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5015564 | + EDI: AGFINANCE.COM | Feb 17 2023 23:44:00 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 5015792 | + EDI: RECOVERYCORP.COM | Feb 17 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5040129 | EDI: Q3G.COM | Feb 17 2023 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5042837 | EDI: Q3G.COM | Feb 17 2023 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5042836 | EDI: Q3G.COM | Feb 17 2023 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5015565 | + EDI: RMSC.COM | Feb 17 2023 23:44:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5015566 | + EDI: RMSC.COM | Feb 17 2023 23:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5045029 | + Email/Text: bncmail@w-legal.com | Feb 17 2023 18:39:00 | TD BANK USA, N.A., C O WEINSTEIN & |

RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132

5015567      +   EDI: WTRRNBANK.COM

Feb 17 2023 23:44:00     Target, Po Box 673, Minneapolis, MN 55440-0673

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5015550 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5015553 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Robert W. Otto ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Paulette A. Otto ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert W. Otto | Social Security number or ITIN   xxx–xx–3392 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Paulette A. Otto | Social Security number or ITIN   xxx–xx–3294 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:18–bk–00302–HWV | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert W. Otto                                          Paulette A. Otto

**By the court:**

_2/17/23_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:18-bk-00302-HWV    Doc 47    Filed 02/19/23    Entered 02/20/23 00:19:40    Desc
Imaged Certificate of Notice    Page 6 of 6